DAVID DAVIS, *Respondent, v.* THOMAS M. FLEMING, *Appellant.* — Judgment affirmed, with costs. Opinion by BARNARD, P. J.

NATHANIEL S. ACKERLY, *Respondent, v.* NICHOLAS W. GODFREY, *Appellant.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

GEORGE W. KELSEY and another, *Respondents, v.* THOMAS M. MOORE, *Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinion by PRATT, J.

GEORGE S. CAHILL, *Respondent, v.* GEORGE J. SMITH, *Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinion by BARNARD, P. J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* MARKERT, *v.* JAMES JOURDAN, *Police Commissioner.* Papers not submitted.

CHARLES RAHT, *Executor, etc., Plaintiff, v.* HENRY Y. ATTRILL and others, *Defendants.* — Order affirmed, with costs and disbursements. Opinion by DYKMAN, J.; PRATT, J., not sitting.

ELIZABETH CROSS, *Appellant, v.* JOHN A. CROSS and another, *Respondents.* — Judgment reversed and new trial granted, costs to abide event ; order of reference vacated. Opinion by BARNARD, P. J.; PRATT, J., dissenting.

VALENTINE HENDRICKSON, *Respondent, v.* LUCIANO CONTERNO, *Appellant.* — Judgment of County Court affirmed, with costs. Opinion by PRATT, J.

HENRY A. OCKERSHAUSEN, *Respondent, v.* GEORGE P. OCKERSHAUSEN, *Appellant.* — Order of surrogate reversed, with costs to be paid by Henry A. Ockershausen, personally. Opinion by DYKMAN, J.

GESCHE KOCH, *Respondent, v.* OTTO MEYER, *Appellant.* — Judgment affirmed, with costs. Opinion by BARNARD, P. J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* THE GERMAN AMERICAN LOAN AND TRUST COMPANY, *Respondent, v.* SAMUEL RICHARDS, *Register, etc., Appellant.* — Order granting peremptory writ of *mandamus* reversed, with costs, and motion denied, with costs. Opinion by BARNARD, P. J.

JACOB H. GEBHARD and others, *Commissioners, etc., Respondents, v.* JOHN SCOTT and another, *Appellants.* — Judgment reversed and new trial granted, costs to abide event. Opinion by PRATT, J.; BARNARD, P. J., not sitting.

JAMES W. FINLEY, *Administrator. etc., Appellant, v.* SAMUEL S. BENT, *Executor, etc.,* and others, *Respondents.* — Judgment reversed and new trial granted, costs to abide event. Opinion by BARNARD, P. J.; DYKMAN, J., not sitting.

IN THE MATTER OF THE ESTATE OF JAMES ODELL. — Parts of decree appealed from affirmed, with costs. Opinion by BARNARD, P. J.